Reservations Sales & Services Representative

**Job overview and responsibilities**

Reservation Sales and Service Representatives provide assistance and excellent customer service to the traveling public by performing various customer service and operational duties. Assignments may include but are not limited to work in the following areas: providing flight schedule and rate information, determining best routes and timing based on customer needs and providing other information and answering customer questions.

- Handle incoming phone calls that include booking itineraries and answering inquiries from customers
- Operates computer terminal equipment to access, input and retrieve information
- Efficiently handle special requests; assist all customers using United's guidelines
- Utilize customer service and sales techniques to effectively address customer needs and sell consultatively
- Consistently deliver a standard-setting product to our customers
- Maintain statistical excellence in all areas to support productivity goals
- Be accountable for all scheduled telephone time to meet service level goals

**Required**

- Must have a high school diploma/GED or education equivalent
- Computer skills
- Must have excellent listening, communication skills and the ability to read, write and speak English fluently
- Must be at least 18 years of age
- In addition to passing United's background investigation and pre-employment testing, candidate must be able to clear a criminal history check in order to obtain and retain credentials necessary for the position
- Must be available to work any shift that is assigned to you within a 24 hour/day, 7 day/week operation which can include late nights, early hours, weekends and holidays. Employees may bid for schedules several times a year and schedules are awarded according to seniority
- Overtime available/required depending upon operational need
- Must be available to work the entire shift you bid
- Requires you to sit and work at a computer for extended periods of time in a small cubicle area. You will perform structured functions, such as typing information into a computer and speaking on the phone to customers, repeatedly throughout your shift
- Adherence to firm, pre-determined break periods. Other than scheduled break and lunch periods, you will be required to be at your work station performing applicable duties.
- Must be legally authorized to work in the United States for any employer without sponsorship
- Successful completion of interview required to meet job qualifications
- Reliable, punctual attendance is an essential function of the position

**Preferred**

- At least 1 year experience in sales, customer contact or other related work
- Call center experience

Defendant's Exhibit 1

Ceranek 6/22/21

DEF 000191

Continental 

# ONEPASS & RESERVATIONS
# FAMILY AND FRIENDS ACCOUNT POLICY

As an employee having access to the IMS (OnePass) or SHARES (Reservations) database, or both, you may be requested to conduct business on the accounts and reservations of family members, friends, or even your own. As a Continental employee it is understandable that you would want to attend to these matters yourself. However, it is important to recognize that such actions will constitute a conflict of interest as outlined in the Continental Airlines General Rules of Conduct.

For your protection, as well as that of the Company, do not under any circumstances conduct any business on OnePass accounts which are, or could be determined to be family members', friends' or your own accounts. Additionally, while you may make any routine reservations for them, do not make exceptions, waivers, or take any other action outside of the simple reservation, even if this action would be deemed appropriate for you to make for other customers. Instead, when such requests are made or are necessary, refer them to your Supervisor or Manager for action.

Please sign this form to indicate that you have read, understood, agree to the terms, and recognize that any violation of these rules will result in disciplinary action. Any questions should be directed to your Immediate Supervisor.

BARBARA · CERANEK       58 152
Employee Name (please print)      Employee No.

B. Ceranek      10/12/92
Employee Signature      Date

JEN
Continental Location

cc: Employee File
    Accounts Control - Master File

Defendant's Exhibit 3
Ceranek 6/22/21

DEF 000006

*This certificate is awarded to*

# Barbara Ceranek

*for the successful completion of the course*

**Doing Your Part: United's Compliance Training for Frontline Co-Workers**
*By United Airlines*

Date: 2/10/2015

Charles W. Coy, Director

Defendant's Exhibit 6
Ceranek 6/22/21

DEF 000170



United Airlines certifies that on
7/5/2019

Barbara Ceranek

has
satisfactorily completed training and testing on

Doing Your Part
hrdyp01_4hr

This training program is an overview of the various compliance policies associated with working at United. 2019

United Airlines Computer Based Training - Training Certificate - United Airlines 233 S Wacker Chicago, IL. 60606

Defendant's
Exhibit 7

Ceranek 6/22/21

DEF 000172





## Barbara Ceranek Statement on 06/04/2019 as submitted to Cindi Hamburg

I used my Mileage Plus account to issue the ticket for my daughter Sonia Ceranek.

She was not able to travel on a scheduled day so she cancelled the flight. Her best friend's mother passed away so she purchased a revenue ticket

to attend the funeral and pay respect.

Sonia's mileage ticket was redeposited and I waived the $125 redeposit fee due to funeral.

At that point I treated her like any other United customer with a paid ticket. I did not treat her in any special way or provided a favor.

We, as agents, are trained to show compassion and sensitivity to the passenger at the time of distress. It was an exception to the

Illness/funeral policy because the deceased was not a close family member.

Being a Premier agent, I assist our customers in different life situations that do not fall into category of any specific waiver. I my daily calls

I utilize the "flat tire rule", "a tie goes to the customer exception", or waiver based on my judgment due to extenuating circumstances.

I apologize tremendously for waiving the $125 but I did not realize I was not in compliance with Friends and Family policy.

I would like to assure you that it will not happen again.

During my 29 years with United I never had even a single complaint put in my file.

I am a loyal and a hard working employee that would never put my job in jeopardy for any reason.

Thank you for your time and understanding.

Sincerely,

Barbara Ceranek

Defendant's Exhibit 11

Ceranek 6/22/21

DEF 000001



## Barbara Ceranek Statement on 08/09/2019 as submitted to Tracey Bartlett

As I stated in the today's meeting, it is very hard to comment on a situation without being able to review the related information.

Once the relevant information is provided I will be able to be more specific.

Thank you for your time.

Sincerely,

Barbara Ceranek

DEF 000002



## NOTIFICATION
## INVESTIGATIVE REVIEW MEETING

To:  Barbara Ceranek                                                                 Date: August 8, 2019

Union Representative:  Anthony Cotoia

From: Cindi Hamburg, Supervisor

You are advised that an Investigative Review Meeting (IRM) has been coordinated and scheduled as follows:

Place:   **Webex xxxxx**
Date:    **August 19, 2019**
Time:    **11:00 AM CT (12 noon ET)**
Hearing Officer:  **Unise Rosner**


        Reason for IRM:   ____X____ Proposed Termination   _____ Proposed Loss of Pay

The purpose of the hearing is to review the circumstances of the potential termination or loss of pay for violation of the Working Together Guidelines as indicated below:

- ***Failure to comply with United's pass travel guidelines***
- ***Training Received & Signed off***

In late May, 2019, it was brought to our attention during a mileage plus audit, that you made an out-of-policy exception when booking award travel for a family member.

The outcome of the Investigative Review Meeting will determine the appropriateness of these charges.

*This document will serve as notice of precise charges.  "At least 72 hours (excluding Saturdays, Sundays, and Holidays) before the hearing <u>the Company and the Union will provide to each other copies of documents or records upon which they intend to rely at the hearing.</u>"  You have been afforded the contractual provisions as defined in Article 9.A.5 of the CBA.*


Cindi Hamburg, Supervisor


Cc: *IAM Local Committee*
    *Location Leadership*
    *Employee File*


Defendant's Exhibit 15
Ceranek 6/22/21

A STAR ALLIANCE MEMBER
DEF 000195

**You have been afforded the contractually required provisions as described below:**

**Article 9.A   Investigations**

5. No employee will be disciplined to the extent of loss of pay (other than for insubordination, job abandonment or failure to attend a scheduled investigatory meeting) or discharged from employment without a prompt, fair and impartial investigative hearing at which he may be represented and assisted by Union Representatives. Prior to the hearing, the Company will give the Union and employee copies of any previous disciplinary action letters which are to be considered, and the Company will advise the Union in writing of the precise charges against the employee. The Union and employee will have at least 72 hours advance notice (excluding Saturdays, Sundays, and Holidays) prior to any disciplinary hearing, and at least 72 hours (excluding Saturdays, Sundays, and Holidays) before the hearing the Company and the Union will provide to each other copies of documents or records upon which they intend to rely at the hearing. Any appeals of discipline imposed as a result of the investigative review hearing will be made directly to Step 3 of the grievance procedure using the rules and time limits, which apply to that Step.



**NOTIFICATION**
**INVESTIGATIVE REVIEW MEETING**
**\*\*Revised\*\***

To:    Barbara Ceranek

August 12, 2019

       Anthony Cotoia, Union Representative

From:  Cindi Hamburg, Supervisor

You are advised that an Investigative Review Meeting (IRM) has been coordinated and scheduled as follows:

**Place:** WEBEX (see details below)
**Hearing Officer:** Unise Rosner
**Topic: IRM for Barbara Ceranek**
**Date: Monday, August 19, 2019**
**Time: 11:00 am, Central Daylight Time (Chicago)**
Meeting Number: 822 277 969
Meeting Password: Hamburg (Capital H)

---

To join the online meeting

---

1. Go to
https://ualconferencing.webex.com/ualconferencing/j.php?MTID=m8f1f767ea547eb44840ab2c29786313a
2. If requested, enter your name and email address.
3. If a password is required, enter the meeting password: Hamburg (Capital H)
4. Click "Join".

---

To join the teleconference

---

Call-in toll-free number (ATT Audio Conference): 1-888-330-1716 (US)
**Access Code: 672 979 6**

          **Reason for IRM:    \_\_\_X\_\_\_ Proposed Termination    _____ Proposed Loss of Pay**

The purpose of the hearing is to review the circumstances of the potential termination or loss of pay for violation of the Working Together Guidelines as indicated below:

- *Failure to comply with United's pass travel guidelines*
- *Failure to use good judgment and open communications in all decisions*

In late May, 2019, it was brought to our attention during a mileage plus audit, that you made an out-of-policy exception when booking award travel for a family member.

Upon further investigation, it was determined that you purchased revenue, EMP20 tickets or mileage award tickets for yourself and/or eligible pass riders, while simultaneously listing for standby Non-Revenue travel. When cleared for Non-Rev, travel, you then requested and received a full refund for the revenue, EMP20 or the miles were returned to your account. This action is a violation of Pass Travel privileges for holding seats out of inventory for revenue customers.

This is a dischargeable violation of our Pass Travel Policy and Working Together Guidelines.

Defendant's Exhibit 17

Ceranek 6/22/21

A STAR ALLIANCE MEMBER
DEF 000225

**Pass Travel Policy Multiple Bookings:**

**Multiple bookings:**
Holding either a confirmed reservation or a positive space booking takes a revenue seat out of inventory that could otherwise have been sold. Pass riders may (1) not hold a confirmed reservation (i.e. revenue, mileage award or myUAdiscount ticket) *and* a positive space or space available booking over the same routing for the same trip; (2) may not hold more than one positive space booking to the same or similar destination for the same trip.

**Working Together Guidelines**

**Honesty**

Be truthful in all communications, whether oral, written or electronic

Protect property and resources of the Company and fellow team members, customers and others against theft, damage or misuse refrain from inappropriate use or possession of Company property

The outcome of the Investigative Review Meeting will determine the appropriateness of these charges.

*This document will serve as notice of precise charges. "At least 72 hours (excluding Saturdays, Sundays, and Holidays) before the hearing <u>the Company and the Union will provide to each other copies of documents or records upon which they intend to rely at the hearing.</u>" You have been afforded the contractual provisions as defined in Article 9.A.5 of the CBA.*

Cindi Hamburg, Supervisor

*Cc: Tony Cotoia, IAM Local Committee*
*Tracey Bartlett, Sr Manager CHIRR*
*Laurie Ledonne, Sr Manager HR Corporate*
*Mike Kempner, Director CHIRR*
*Employee Personal File*

**You have been afforded the contractually required provisions as described below:**

**Article 9.A   Investigations**

5. No employee will be disciplined to the extent of loss of pay (other than for insubordination, job abandonment or failure to attend a scheduled investigatory meeting) or discharged from employment without a prompt, fair and impartial investigative hearing at which he may be represented and assisted by Union Representatives. Prior to the hearing, the Company will give the Union and employee copies of any previous disciplinary action letters which are to be considered, and the Company will advise the Union in writing of the precise charges against the employee. The Union and employee will have at least 72 hours advance notice (excluding Saturdays, Sundays, and Holidays) prior to any disciplinary hearing, and at least 72 hours (excluding Saturdays, Sundays, and Holidays) before the hearing the Company and the Union will provide to each other copies of documents or records upon which they intend to rely at the hearing. Any appeals of discipline imposed as a result of the investigative review earing will be made directly to Step 3 of the grievance procedure using the rules and time limits, which apply to that Step.

A STAR ALLIANCE MEMBER
DEF 000226